FILED

DEC 0 1 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. EP-25-M-4411-RFC |
| Luis Ariel AGUILERA Rocha | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____November 26, 2025_____ in the county of _____El Paso_____ in the
_____Western_____ District of _____Texas_____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 554 | Whoever knowingly or fraudulently attempts to export or send from the United States any merchandise, article, or object in violation of U.S. laws or regulations, or facilitates the transportation, concealment, sale, or receipt of such items prior to exportation, knowing they are intended for export in violation of U.S. laws or regulations; specifically, two firearms identified as Aero Precision 9mm serial number SF-017801 and Glock 43X 9mm serial number CEWA662. |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

Oath Telephonically Sworn
At___1___:___10___ PM
Fed.R.Crim.P.4.1(b)(2)(A)

*Complainant's signature*

Antonio Vaquera - Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____12/01/2025_____

*Judge's signature*

City and state: _____El Paso, Texas_____

Robert F. Castaneda, U.S. Magistrate Judge
*Printed name and title*

### AFFIDAVIT
### Luis Ariel AGUILERA Rocha

On November 26, 2025, at approximately 1:15 PM (MST), a Customs and Border Protection (CBP) Supervisor conducting outbound inspection operations at the Ysleta Port of Entry located in El Paso, Texas, encountered a blue 2009 Nissan Altima bearing Texas license plate TGT0376. The CBP Supervisor selected the vehicle for inspection. During the inspection, the driver was identified as Luis Ariel AGUILERA Rocha. While speaking with the AGUILERA, the CBP Supervisor noticed AGUILERA avoiding eye contact. The Supervisor then asked the AGUILERA if he had anything to declare, to which the AGUILERA responded "no." The CBP Supervisor asked the AGUILERA about the purpose of his travel to Mexico, and the AGUILERA stated that he was traveling to visit his girlfriend and attend a Thanksgiving party. The CBP Supervisor proceeded to ask the AGUILERA if he was transporting any firearms, magazines, ammunition, or currency exceeding $10,000. The AGUILERA again stated "no." The CBP Supervisor then noticed a backpack in the back seat of the vehicle and asked AGUILERA if he was the owner of the backpack. The driver confirmed that he was.

The CBP Supervisor inspected the backpack and located a loaded firearm magazine inside the rear pocket of the backpack. The Supervisor then requested a CBP canine officer to inspect the vehicle. The canine alerted to the presence of firearm parts inside the vehicle. Further inspection of the vehicle revealed firearm parts located throughout the vehicle, which collectively completed a firearm identified as an Aero Precision EPC9 9.3mm pistol (serial number: SF-017801).

The driver was placed in restraints and taken to the holding cell in the headhouse. During a pat-down search prior to placing the driver in restraints, officers discovered a loaded Glock 43X (serial number: CEWA662) in the driver's waistband.

Homeland Security Task Force (HSTF) Special Agent Antonio Vaquera arrived at the Ysleta Port of Entry, located in El Paso, Texas to investigate the seizure. HSTF SA Vaquera read AGUILERA his Miranda Warnings in the Spanish language which was witnessed by CBP Officer Juan Restrepo. AGUILERA waived his rights and provided HSTF SA Vaquera with the following non-verbatim statements.

When asked about the circumstances leading to his detention, AGUILERA stated that he observed officers conducting outbound inspections of vehicles leaving the United States into Mexico. Despite noticing the inspections, he decided to attempt crossing the border.

HSTF SA Vaquera asked about his intentions with the firearms. AGUILERA admitted that he was attempting to transport the firearms into Mexico. When asked if he had purchased the firearms for resale, AGUILERA stated that he already owned them but had found a buyer in Juarez, Mexico. AGUILERA further stated that he had arranged to sell the two firearms for $3,000. He claimed that this was his first time attempting to sell firearms in Mexico; however, he admitted to purchasing and selling firearms for profit within the United States on previous occasions.

## AFFIDAVIT
### Luis Ariel AGUILERA Rocha

When asked where he had purchased the firearms, AGUILERA stated that he did not use Federal Firearms License (FFL) dealers but instead purchased firearms from random individuals on Facebook and WhatsApp. When asked why he engaged in this activity, AGUILERA stated that he needed money. He further admitted that the sale of the firearms had been arranged by a person in Mexico.

When asked for specifics and whether he knew it was illegal to transport firearms from the United States into Mexico, AGUILERA acknowledged that he was aware of the violation and consciously chose to proceed. AGUILERA stated that he did not know the total number of firearms he had purchased in the past but confirmed that he only had the two firearms found in his possession at the time of his detention. He explained that he buys firearms and then trades or sells them for profit.

End of affidavit.